IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARILYN M. LEDBETTER and JAMES H. KOSSOW, | ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) No. 3:10-0467 ) JURY DEMAND |
| WAL-MART STORES, INC., d/b/a WALMART SUPERCENTER, | ) JUDGE TRAUGER ) MAGISTRATE JUDGE KNOWLES ) |
| Defendant. | ) |

**AGREED ORDER AND STIPULATION SUBSTITUTING
WAL-MART STORES EAST, LP, AS THE PROPER DEFENDANT IN THIS MATTER**

Pursuant to the agreement of the parties, as evidenced by the signatures of their respective counsel, Wal-Mart Stores East, LP, should be substituted for Wal-Mart Stores, Inc., as the proper defendant in this matter. Wal-Mart Stores, Inc., is dismissed without prejudice. Wal-Mart Stores East, LP, is the only defendant.

**IT IS SO ORDERED.**

_____
JUDGE